**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1349**

BONNIE J. MAYO,

        Plaintiff - Appellant,

     v.

WELLS FARGO BANK, N.A.; FEDERAL HOME LOAN MORTGAGE
CORPORATION; SAMUEL I. WHITE,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Raymond A. Jackson,
District Judge. (4:13-cv-00163-RAJ-LRL)

Submitted:  November 17, 2015     Decided:  November 19, 2015

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher E. Brown, THE BROWN FIRM, PLLC, Alexandria,
Virginia, for Appellant.   Hunter W. Sims, Jr., Christy L.
Murphy, KAUFMAN & CANOLES, PC, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bonnie J. Mayo appeals from the district court's orders entering judgment in favor of the Defendants on her multiple state law claims arising out of the foreclosure sale of her home. We have reviewed the record, including the parties' briefs, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Mayo v. Wells Fargo Bank, N.A.</u>, No. 4:13-cv-00163-RAJ-LRL (E.D. Va. filed Apr. 11, 2014 & entered Apr. 14, 2014; Mar. 4, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court.

<u>AFFIRMED</u>